IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LAURIE REXRODE,** | |
| Plaintiff, | |
| v. | Civil Action No.: 1:23-cv-00260 |
| **SAVVAS LEARNING COMPANY, LLC** | |
| Defendant | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Agreed Motion to Dismiss with Prejudice filed by Laurie Rexrode and Defendant Savvas Learning Company, LLC, is of the opinion that the Motion should be and is hereby GRANTED. Accordingly, without limiting the foregoing:

IT IS ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims and causes of action against Defendant Savvas Learning Company, LLC, are hereby **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs and attorneys' fees. The Clerk is instructed to **close the case.**

SIGNED this 20th day of June, 2024.

_____
David Alan Ezra
Senior United States District Judge